1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRIAN L. METZGER, an individual; MARY F. HOVIS-METZGER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., A National Association; WORLD SAVINGS BANK FSB, a Federal Savings Bank; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: 2:14-cv-00526-JAK (SSx) <br><br> **JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE** <br><br> JS-6 <br><br> [*Assigned to the Hon. John A. Kronstadt*] |

On April 28, 2014, the Court entered an Order granting the Motion to

Dismiss the Complaint, filed by defendant WELLS FARGO BANK, N.A.,

successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia

Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo"), dismissing the

Complaint with prejudice.

/ / /

/ / /

1   Accordingly:

2   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

3       1.    The Complaint is dismissed with prejudice;

4       2.    Judgment is entered in favor of defendant WELLS FARGO BANK,

5   N.A. dismissing this action with prejudice;

6       3.    Plaintiffs Brian L. Metzger and Mary F. Hovis-Metzger shall recover

7   nothing in this action from defendant WELLS FARGO BANK, N.A.

8

9   Dated:  May 13, 2014

10                        THE HON. JOHN A. KRONSTADT

11                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28